**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 09, 2010**

_____

```
            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF OHIO
                  EASTERN DIVISION

In Re:    KAYONNA WALKER            :    Chapter 13

SSN(S):   XXX-XX-9853               :    Case No. 07-50573
          XXX-XX-0000

Debtor(s)                           :    JUDGE HOFFMAN
```

**ORDER OF DISMISSAL**

    Pursuant to the motion and affidavit of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

    The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

                                                      ###